**Order entered August 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01621-CR
No. 05-12-01622-CR

**JOSHUA PULLIAM-ROBERTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F12-34121-J, F12-34219-J

## ORDER

The Court **REINSTATES** the appeals.

On July 8, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and is represented by appointed counsel Nanette Hendrickson of the Dallas County Public Defender's Office; (3) Ms. Hendrickson's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Hendrickson requested an additional thirty days from the August 12, 2013 hearing to file appellant's brief.

We **ORDER** appellant to file his brief by **SEPTEMBER 13, 2013**. Because appellant's brief is already more than two months overdue, no further extensions will be granted. If

appellant's brief is not filed by the date specified, the Court will order Nanette Hendrickson and the Dallas County Public Defender's Office removed as appellant's counsel and will order the trial court to appoint new counsel to represent appellant in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; Nanette Hendrickson, Dallas County Public Defender's Office; and the Dallas County District Attorney's Office.

/s/     DAVID EVANS
         JUSTICE